**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1351**

———————

TONYA DAKARI, a/k/a Tonya R. Dakari,

        Plaintiff - Appellant,

    v.

BROADVIEW FEDERAL CREDIT UNION, f/k/a SEFCU,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Jacquelyn Denise Austin, District Judge.  (3:23-cv-05884-JDA)

———————

Submitted:  August 28, 2025                              Decided:  September 2, 2025

———————

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tonya R. Dakari, Appellant Pro Se. Yasmeen Ebbini, B. Rush Smith, III, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tonya R. Dakari appeals the district court's order accepting the recommendation of the magistrate judge and Dakari's amended complaint alleging claims for breach of contract and violation of the Equal Credit Opportunity Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Dakari v. Broadview Fed. Credit Union*, No. 3:23-cv-05884-JDA (D.S.C. Mar. 6, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*